UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10115 |
| Michael Johnson | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AVOIDING LIEN OF FORD MOTOR CREDIT COMPANY LLC

THIS CAUSE coming to be heard on the Debtors' Motion to Avoid the Lien of Discover Bank and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

That the lien and security interest of Ford Motor Credit Company LLC, recorded in Cook County as Document No. 1303826336, against Michael Johnson in the Debtor's real property commonly known as 665 Morton St, Hoffman Estates, IL 60169 is hereby cancelled and avoided.

Enter:  */s/ Jack B. Schmetterer*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  May 02, 2019

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600